# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 13, 2025

Gregory Stuart Smith
Law Offices of Gregory S. Smith
913 E CAPITOL ST SE
WASHINGTON, DC 20003-3903

FILED BY ___JG___ D.C.
May 13, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 24-12376-CC
Case Style: James Koutoulas v. Securities and Exchange Commission
District Court Docket No: 1:23-cv-22345-JEM

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12376

_____

JAMES L. KOUTOULAS,

                                                    Plaintiff-Appellant,

*versus*

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-22345-JEM

_____

ORDER:

| 2 | Order of the Court | 24-12376 |

Appellant's unopposed motion to dismiss this appeal as moot, vacate the judgment below, and remand the case for dismissal is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION