UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22345-CIV-MARTINEZ

JAMES L. KOUTOULAS,

    Plaintiff,

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on the Eleventh Circuit Court of Appeals' Order of Dismissal, (ECF No. 30), and the Plaintiff's Unopposed Motion to Dismiss as Moot Following Remand, (ECF No. 31). Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of June, 2025.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record